**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02288-CMA-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

NANCY LEE FIORINO,

      Defendant.

---

**ORDER GRANTING UNITED STATES' MOTION FOR
DEFAULT JUDGMENT AGAINST NANCY LEE FIORINO**

---

The Court, having read and considered the United States' Motion for Default Judgment against Nancy Lee Fiorino under Fed. R. Civ. P. 55(b) and D.C.COLO.LCivR 55.1 (Doc. # 23), hereby GRANTS the United States' motion.

It is hereby ORDERED that default judgment be entered against Nancy Lee Fiorino;

It is FURTHER ORDERED that the United States is entitled to judgment in its favor on the claim for relief in Count One of the Complaint, and Nancy Lee Fiorino is indebted to the United States for the unpaid federal income tax liabilities owed for the tax year ended December 31, 2000, in the amount of $57,446.92, plus interest under 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) and other statutory additions as provided by law from April 30, 2015;

It is FURTHER ORDERED that the United States is entitled to judgment in its favor on the claim for relief in Count Two of the Complaint, and the Court hereby determines that Nancy Lee Fiorino's debt to the United States for the tax year ended December 31, 2000, was not discharged in Ms. Fiorino's bankruptcy, Case No. 08-20815-SBB (Bankr. D. Colo. 2008); and

It is FURTHER ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of the Court within fourteen days of the entry of judgment.

DATED: April 10, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge